UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN CARTER,

        Plaintiff,

v.

META PLATFORMS, INC.,

        Defendant.

Case No. 25-cv-09131-JCS

**ORDER EXTENDING RESPONSE DEADLINE AND FOR CLERK TO SERVE DOCUMENTS BY EMAIL**

On November 11, 2025, the Court issued an order to show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915. Dkt. no. 5 ("OSC"). The Court set a deadline for Plaintiff to respond or file an amended complaint of December 10, 2025. Plaintiff has not filed a response or amended complaint and the deadline has now passed. The Court notes that on November 12, 2025, the initial case management scheduling order that was served by mail on Plaintiff at the address listed on the docket was returned to the Court as undeliverable. Dkt. no. 6. On November 28, 2025, the order granting Plaintiff's in forma pauperis application and the OSC were returned as undeliverable. Dkt. no. 7. It is Plaintiff's responsibility to update his address with the Court. Civ.L.R. 3-11(a) ("An attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address."). Furthermore, if the Court does not receive an updated address within 60 days of the date on which mail to the party sent by the Court has been returned as undeliverable, the Court may dismiss the case without prejudice. Civ.L.R. 3-11(b).

While the Court does not excuse these requirements, it ORDERS the Clerk, **as a one-time courtesy**, to serve docket nos. 3, 4 and 5 on Plaintiff at the email address listed on the docket. It

also extends the OSC response deadline to **January 7, 2026.** Failure to update Plaintiff's address by **January 12, 2026** may result in dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated:  December 11, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge